UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                                                                             :

AARON ABADI,

                                                                                                                             :

                Plaintiff,                                                      ORDER PURSUANT TO
                                                                                                     :         RULE 16(b)(1)(A)
      -v.-

                                                                                                     :        21 Civ. 11073 (RA) (GWG)

NYC LANGONE HEALTH SYSTEM et al.,        :

                Defendants.                       :

---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      This matter has been referred to the undersigned for general pretrial purposes.  The attorney for defendants is (1) directed to transmit or mail a copy of this Order to plaintiff and (2) to contact plaintiff by telephone within 7 business days for purposes of creating a discovery plan. See Fed. R. Civ. P. 26(f).  The plan should contain the following elements:

1. A deadline by which all documents requests and initial interrogatories must be served.

2. The deadline for the disclosures of the identities and reports of experts, if any, as required by Rule 26(a)(2)(A) and (B).

3. The deadline for the disclosure of identities and reports of any expert intended by an opposing party solely to rebut previously-disclosed expert evidence.

4. A date by which all discovery must be completed.

The parties are free to include additional elements in the plan if they wish.  Also, the parties are encouraged to discuss settlement during the telephone conference.  If both parties wish the Court to refer the case for mediation or if a telephone conference is needed for any purpose, they may so request in the discovery plan.

      Counsel for defendants is responsible for filing the plan with the Court on or before August 18, 2022.  If the parties disagree over the terms of the plan, the disagreement should be noted in the plan itself.  In addition, plaintiff may respond to any plan filed by defendants by either (a) mailing a letter to the Court at Pro Se Docketing, 500 Pearl Street, New York, NY 10007 or (b) emailing a letter to Temporary_Pro_Se_Filing@nysd.uscourts.gov within 7 days of

the filing of the plan.¹  Following receipt of any proposed plan, the Court will issue a scheduling order.

      Finally, the Court notes that each party must immediately inform the Court of any change in that party's address or telephone number in the future.  If a party fails to do so, the case may be dismissed or a default entered.

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York ((212) 805-0175) may be of assistance in connection with court procedures.

Dated:  New York, New York
       July 28, 2022

                                                SO ORDERED:

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

---

   ¹ The email must attach a pdf file of the letter.  No text may be in the email itself, except that the subject line of the email must contain the name and docket number of the case.  Also, the attached pdf letter must also contain the name and docket number of the case.