UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON ABADI,

               Plaintiff,

            v.

NYU LANGONE HEALTH SYSTEM, CICIL CHAMAKALAYIL, KIRK A. CAMBELL, ANA BARBECHO, JOHN G. ZAMPELLA, MICHELLE MOOREHEAD, and NUMBEROUS UNNAMED EMPLOYEES OF NYU LANGONE,

               Defendants.

No. 21-cv-11073 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 10, 2022, Plaintiff filed a motion for an emergency injunction, seeking an order of this Court that Defendants make accommodations to allow Plaintiff to enter NYU Langone without a protective facemask.  Defendants shall respond to Plaintiff's motion no later than October 27, 2022.

SO ORDERED.

Dated:    October 13, 2022
            New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge