UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON ABADI,

                Plaintiff,

                v.

NYU LANGONE HEALTH SYSTEM, CICIL CHAMAKALAYIL, KIRK A. CAMBELL, ANA BARBECHO, JOHN G. ZAMPELLA, MICHELLE MOOREHEAD, and NUMBEROUS UNNAMED EMPLOYEES OF NYU LANGONE,

                Defendants.

No. 21-cv-11073 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

    On October 10, 2022, Plaintiff filed a motion for an emergency injunction, seeking an order of this Court that Defendants make accommodations to allow Plaintiff to enter NYU Langone without a protective facemask. *See* Dkt. 37. Defendants filed an opposition to the motion on October 27, 2022. *See* Dkt. 39.

    Plaintiff is hereby directed to file a reply no later than November 9, 2022.

SO ORDERED.

Dated:    October 28, 2022
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge