# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON ABADI, <br><br> Plaintiff <br><br> V. <br><br> NYU LANGONE HEALTH SYSTEM et al, Defendants | CASE # 21-cv-11073-RA-GWG |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION

Honorable Judge,

On October 10, 2022, this Plaintiff, appearing pro se, submitted an EMERGENCY MOTION, as Plaintiff has a confirmed medical disability and cannot wear a mask. This lawsuit is about the fact that Plaintiff was denied essential medical care on multiple occasions at various NYU Langone Health locations. They refused to allow him to be admitted as he could not wear a mask.

AT THIS TIME, PLAINTIFF HAS BEEN TOLD BY NYU LANGONE STAFF THAT MASK WEARING IS NO LONGER REQUIRED FOR ANYONE, THEREFORE PLAINTIFF HEREBY WITHDRAWS THE EMERGENCY MOTION.

If the situation changes and the mask policy is reinstated, and/or if there is a government mask mandate reinstated, Plaintiff will resubmit a motion for the same.

Respectfully,

*Aaron Abadi*
Aaron Abadi                    April 25, 2023
82 Nassau Street Apt 140
New York, NY 10038 516-639-4100
abadi.rne@gmail.com

> The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 37.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> United States District Judge
> 04/27/2023