UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON ABADI                                     :

        Plaintiff,                     :   ORDER

  -v.-                                          :
                                                       21 Civ. 11073 (RA) (GWG)
NYU LANGONE HEALTH SYSTEMS et al.,    :

        Defendants.                    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The discovery deadlines in this matter for both non-expert discovery and expert-discovery have expired. See Docket # 36. The deadline for the filing of any summary judgment has also expired. However, given that the pendency of the motion to amend the complaint may have caused the parties to believe that the summary judgment deadline need not have been complied with until the resolution of that motion, the Court will sua sponte extend the summary judgment deadline. Accordingly, any motion for summary judgment shall be filed by January 19, 2024. Any such motion is returnable before Judge Abrams and shall comply with her Special Rules and Practices In Civil Pro Se Cases.

      SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge