UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AARON ABADI                                              :

             Plaintiff,                        :       <u>ORDER</u>

   -v.-                                                        :
                                                21 Civ. 11073 (RA) (GWG)
NYU LANGONE HEALTH et al.,             :

            Defendants.                    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     In light of the filing of the motion to amend, the deadline for filing any summary judgment motion before Judge Abrams is extended to 21 days following the ruling on the motion to amend. As for the briefing schedule on the motion to amend, any opposition shall be filed by February 26, 2024. Any reply shall be filed by March 4, 2024.

     SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge