**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

January 24, 2025

**MEMORANDUM ENDORSED**

**Via ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

RE: Abadi v. NYU Langone Health System, et al., 1:21-cv-11073-RA-GWG

Dear Magistrate Judge Gorenstein:

We represent the Defendants in this action brought by a *pro se* plaintiff. We write to respectfully request a sixth and final month extension of the deadline for the parties to file a motion for summary judgment. The deadline for either party to move for summary judgment is currently January 28, 2025. (Dkt. 94). Plaintiff consents to this application.

In support of this application, Defendants state as follows. The parties expect to have the joint statement of agreed upon facts completed by next week, so as to eliminate all discovery disputes and as many factual disputes as possible, in advance of the parties cross-moving for summary judgment. Although the parties have continued to work in good faith to work through these disputes, as explained in my last request for an extension, this process has taken more time than expected.

Since June 17, 2024, the undersigned's wife, who suffers from primary progressive multiple sclerosis and related complications, has remained seriously ill. As noted in my last request, over the holidays the undersigned's wife had an unexpected medical issue rendering her critically ill, requiring an extended hospital stay for her to be intubated. Thankfully, she has since returned home, however, as her primary caregiver, the undersigned has been arranging home healthcare, necessitating this final request.

Accordingly, the parties jointly request this sixth and final extension, which will not affect any other deadlines in the case, and will extend the summary judgment filing deadline from January 28, 2025 to February 25, 2025.

Granted. Any motion for summary judgment is returnable before Judge Abrams, shall comply with her Individual Practices, and shall be filed by February 25, 2025.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 24, 2025

Very truly yours,

HARRIS BEACH MURTHA CULLINA PLLC

*/s/ Roy W. Breitenbach*
Roy W. Breitenbach