# Aaron Abadi

82 Nassau Street Apt 140<br>
New York, NY 10038<br>
Tel. 516-639-4100<br>
Email. aa@neg.com

April 24, 2025

<b><u>LETTER/MOTION</u></b>

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Abadi v. NYU Langone Health, et al. -- CASE # 21-cv-11073-RA-GWG

**Request to Seal Exhibits C, D, E, F, G, H, O, V, W, AC & AD**

Dear Judge Abrams:

Pursuant to Rule 4(A) of Your Honor's Individual Rules and SDNY Local Rule 79.1, I respectfully request leave to file under seal certain exhibits to my motion for summary judgment, specifically Exhibits C, D, E, F, G, H, V, W, AC, and AD.

These exhibits consist of highly sensitive medical records and related documentation that contain confidential personal health information. Sealing is appropriate to preserve the privacy interests of the undersigned and is narrowly tailored to cover only materials containing nonpublic, sensitive information.

These materials are submitted solely for the Court's consideration in connection with the pending motion, and I do not believe opposing counsel will object to this request given the nature of the documents.

For these reasons, I respectfully request that the Court grant leave to file the above-listed exhibits under seal.

Respectfully submitted,

/s/ Aaron Abadi

Aaron Abadi
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
abadi.rne@gmail.com

Application granted.  Pursuant to SDNY ECF Rule 21.4, medical records should be sealed.  Because Exhibits C, D, E, F, G, H, O, V, W, AC and AD contain Plaintiff's medical records, the Court has placed them under seal.  If at any time the Court intends to unseal these exhibits, it will notify the parties in advance and allow for any objections to be made.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 30, 2025