MEMORANDUM ENDORSED

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,**<br><br>Plaintiff<br><br>**V.**<br><br>**NYU LANGONE HEALTH SYSTEM et al,**<br><br>Defendants | **CASE # 21-cv-11073-RA GWG** |

## NOTICE OF MOTION FOR RECONSIDERATION

1

PLEASE TAKE NOTICE that Plaintiff Aaron Abadi hereby moves this

Court pursuant to Local Civil Rule 6.3 for reconsideration of the Court's May 13,

2025 Order (Dkt. 129), which denied Plaintiff's motion in limine to preclude

Defendants from using Plaintiff's deposition testimony. This motion is based upon

the accompanying memorandum of law and the record in this case. Plaintiff

respectfully requests that the Court modify or vacate the Order and grant the relief

requested therein.

Respectfully submitted this 14th day of May, 2025.

/s/ Aaron Abadi

AARON ABADI, Plaintiff
82 Nassau Street Apt 140
New York, NY 10038
516-639-4100
Email:  abadi.rne@gmail.com

Denied.  This application is meritless as it does not meet the standards for reconsideration.  See generally Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 15, 2025

2