MEMORANDUM ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AARON ABADI,** | |
| *Plaintiff* | |
| **V.** | **CASE # 21-cv-11073-RA GWG** |
| **NYU LANGONE HEALTH SYSTEM et al,** | |
| *Defendants* | |

## NOTICE OF MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

PLEASE TAKE NOTICE that Plaintiff Aaron Abadi respectfully moves this Court, pursuant to 28 U.S.C. § 1915(e)(1), for an order appointing pro bono counsel to represent him in the above-captioned matter.

This motion is based on the accompanying Memorandum of Law and all prior pleadings and proceedings in this action.

Respectfully submitted on May 14, 2025,

*s/Aaron Abadi*

AARON ABADI, Plaintiff *(pro se)*
82 Nassau Street Apt 140
New York, NY 10038
Tel: 516-639-4100
Email: abadi.rne@gmail.com

Denied for the same reasons as are stated in Docket # 50.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 15, 2025

1