MEMORANDUM ENDORSED

# Aaron Abadi

82 Nassau Street Apt 140
New York, NY 10038
Tel. 516-639-4100
Email. aa@neg.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Abadi v. NYU Langone Health System, et al.**
Case No. 1:21-cv-11073-RA-GWG

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

May 19, 2025

**RE: Abadi v. NYU Langone Health System, et al., Case No. 1:21-cv-11073-RA-GWG**
**Letter Motion for Extension of Time to File Summary Judgment Materials**

Dear Judge Gorenstein:

    I respectfully submit this letter-motion pursuant to Rule 1(E) of Your Honor's Individual Practices to request an extension of time to file my renewed motion for summary judgment and to respond to Defendants' motion for summary judgment.

    As of Dkt. 138, the current deadline is May 21, 2025. At the time of that order, the Court noted that no proper motion had been made to address the referenced discovery issues. Since then, I have filed a formal discovery motion via letter dated May 19, 2025 (Dkt 142), along with supporting exhibits.

In that filing, I demonstrated that Defendants failed to provide proper responses to the witness interrogatories that were agreed to in the stipulation so-ordered by the Court on January 17, 2024 (Dkt. 67). These responses do not comply with Rule 33(b)(1) and (5), and I am now requesting the Court's intervention through a discovery conference.

Given that the discovery at issue directly affects my ability to present critical facts and respond to the pending summary judgment motion, I respectfully request that the Court extend all summary judgment-related deadlines (both my motion and my opposition to theirs) until a reasonable time after the Court resolves the discovery dispute and Defendants provide compliant responses.

I conferred with opposing counsel, Mr. Roy Breitenbach, during our May 19, 2025 meet-and-confer. He advised that he consents to any extension I may need while the discovery dispute remains unresolved.

Accordingly, I respectfully request that the Court grant an extension of the May 21, 2025 deadline and permit me to refile my motion and/or opposition after discovery is completed in accordance with the Court's forthcoming order.

Thank you for your consideration.

Respectfully submitted,

/s/ Aaron Abadi

Aaron Abadi
Pro Se Plaintiff

---

The deadline for any party to file a summary judgment motion is adjourned sine dine pending resolution of the discovery dispute in Docket # 142. Defendants shall respond to Docket # 142 in accordance with paragraph 2.A of the Court's Individual Practices. In light of this ruling and the plaintiff's plan to file a new summary judgment motion, plaintiff's pending summary judgment motion (Docket # 108) is deemed withdrawn.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 20, 2025