UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON ABADI                                          :

            Plaintiff,                     :   ORDER

   -v.-                                                    :
                                                   21 Civ. 11073 (RA) (GWG)
NYU LANGONE HEALTH et al.,              :

           Defendants.                 :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

Plaintiff has leave to respond to Docket # 153, including the argument regarding the timeliness of plaintiff's application in footnote 1, by letter filed on or before July 1, 2025.

SO ORDERED.

Dated: June 27, 2025
       New York, New York

                                                   GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge