MEMORANDUM ENDORSED

# Aaron Abadi

82 Nassau Street Apt 140  
New York, NY 10038  
Tel. 516-639-4100  
Email. aa@neg.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Abadi v. NYU Langone Health System, et al.**
Case No. 1:21-cv-11073-RA-GWG

July 08, 2025 – 9:10pm

BY ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Letter Motion to Extend or Stay Summary Judgment Deadline Pending Decision on Objections (ECF 133 and 157)**

Dear Judge Abrams:

I respectfully submit this letter-motion to request that the Court extend or stay the current deadline to file my motion for summary judgment *pending the Court's resolution of my two pending Rule 72(a) Objections* (ECF 133 and 157).

These objections challenge Magistrate Judge Gorenstein's orders denying my motions to compel critical discovery (including meaningful interrogatory responses and witness contact information) that I require to prepare any proper summary judgment motion.

The current deadline to file my summary judgment motion was previously set as July 30, 2025 (ECF 156). Without the discovery at issue in the pending objections, I cannot adequately prepare or submit that motion.

Moreover, if the Court grants either of the pending objections and orders that Defendants provide the discovery, I would then need time to review that new material and incorporate it

appropriately. Proceeding to summary judgment briefing now would result in prejudice, confusion, and potentially duplicative motion practice.

In short, maintaining the existing deadline would effectively punish me for seeking Court review of the Magistrate Judge's discovery orders.

Accordingly, I respectfully ask the Court to:

- Extend the July 30, 2025 deadline by 30 days **or**

- Preferably, *stay* the deadline entirely until after the Court resolves the pending objections (ECF 133 and 157), with a new deadline to be set at that time.

I also respectfully inform the Court that I reached out to opposing counsel last week to obtain their position on this specific request. As of the time of filing, I have not yet received any response. I understand they may currently be on vacation or otherwise unavailable. All three attorneys of record were included in that communication. Additionally, while Mr. Breitenbach has recently indicated in general terms that he would not oppose a reasonable extension if I needed one, that was not necessarily directed to this particular request.

Thank you for the Court's attention to this request.

Respectfully submitted,

/s/ Aaron Abadi

Plaintiff Pro Se

> The summary judgment deadline is adjourned sine die. Within three business days of the ruling on the objection, the parties shall file a joint letter or separate letters proposing a new deadline for summary judgment motions.
>
> So Ordered.
>
> _____
> GABRIEL W. GORENSTEIN
> United States Magistrate Judge
>
> July 9, 2025